AO 442 (Rev/11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## Northern District of Ohio

United States of America )
v. )
)
Cody Rini )
)
*Defendant* )

**FILED**

JAN 23 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

Docket Number  [0647 1:21CR00706]-[022]

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Judge without unnecessary delay *(name of the person to be arrested)* Cody Rini,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Possession of Weapon.

Date 01/23/2026

City and state:   Akron   Ohio

s/John R. Adams

*Issuing officer's signature*

John R. Adams, UNITED STATES DISTRICT JUDGE

*Printed name and title*

---

### Return

This warrant was received on *(date)* 01-23-2026, and the person was arrested on *(date)* 01-23-2026
at *(city and state)* NILES, OH.

Date: 01-23-2026

Kelsey M. Aeppli

*Arresting officer's signature*

KELSEY M. AEPPLI, DUSM

*Printed name and title*